UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CHUNG IP

                              Plaintiff,

            - against -

CITIBANK, N.A.,

                            Defendant.
-------------------------------------------------------------x

No. 05 Civ. 2264 (CBM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-05

      The above-captioned matter was recently assigned to this Court. The parties are hereby ORDERED TO APPEAR for a pre-trial conference on May 10, 2005, at 11:30 a.m., in Room 2540 of the United States Courthouse at 500 Pearl Street, New York, New York. The purpose of this conference is to discuss the status of the case and to set a schedule for discovery and trial.

**PLAINTIFF IS TO EFFECT PROMPT SERVICE OF THIS ORDER ON DEFENDANT.**

      All parties are required to familiarize themselves thoroughly, and comply, with this court's individual practices. Copies are available in chambers or on the court's website, http://www.nysd.uscourts.gov/judges/USDJ/motley.htm.

Dated:     April 19, 2005
             New York, New York

SO ORDERED.

_____
CONSTANCE BAKER MOTLEY
United States District Judge